# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-1064** | **September Term, 2022** |
| | FERC-CP21-94-000 |
| | FERC-CP21-94-001 |
| | **Filed On:** April 3, 2023 |

New Jersey Conservation Foundation, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Transcontinental Gas Pipe Line Company, LLC,

    Intervenor

------------------------------

Consolidated with 23-1074, 23-1077

**BEFORE:** Pillard, Childs, and Pan, Circuit Judges

### O R D E R

Upon consideration of the emergency motion for stay pending review, the oppositions thereto, the reply, and the Rule 28(j) letter, it is

**ORDERED** that the motion for stay be denied. Petitioners have not satisfied the stringent requirements for a stay pending review. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2021).

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY: /s/
        Amanda Himes
        Deputy Clerk