**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| NEW JERSEY CONSERVATION FOUNDATION, *et al.*, Petitioners<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION, Respondent | CASE NO. 23-1064<br><br>(Consolidated with 23-1074, 23-1077, 23-1129, 23-1130 and 23-1137) |

**STATEMENT OF INTERVENOR
NEW JERSEY DIVISION OF RATE COUNSEL**

On April 11, 2023, New Jersey Division of Rate Counsel moved for leave to intervene in this proceeding in support of petitioners. Doc. No. 1994287. On May 31, 2023, the court granted that motion and those of other movants. Doc. No. 2001327. The court directed that any intervenor intending to participate in support of petitioners so notify the court within 14 days. *Id.*

New Jersey Division of Rate Counsel hereby confirms its intent to participate in support of petitioners in this proceeding. The court's order on briefing format and schedule (Doc. No. 2002476) establishes August 9, 2023 as the deadline for Rate Counsel's intervenor brief supporting petitioners. Rate Counsel anticipates that its

brief will explain, among other things, the process by which New Jersey determined that the state's gas distribution companies did not need the additional pipeline capacity for which the Federal Energy Regulatory Commission, in the orders under review, incorrectly granted a certificate of public convenience and necessity.

Respectfully submitted,

| | |
|---|---|
| */s/ Brian O. Lipman* | */s/ Scott H. Strauss* |
| Brian O. Lipman, Esq. | Scott H. Strauss |
| Maura Caroselli, Esq. | Jeffrey A. Schwarz |
| Megan Lupo, Esq. | SPIEGEL & MCDIARMID LLP |
| New Jersey Rate Counsel | 1875 Eye Street, NW, Suite 700 |
| 140 East Front St., 4th Floor, | Washington, DC  20006 |
| P.O. Box 003 | (202) 879-4000 |
| Trenton, NJ  08625 | E-mail: scott.strauss@spiegelmcd.com |
| Phone: (609) 984-1460 | E-mail: jeffrey.schwarz@spiegelmcd.com |
| Fax: (609) 292-2923 | |
| E-mail: blipman@rpa.nj.gov | |
| E-mail: mcaroselli@rpa.nj.gov | |
| E-mail: mlupo@rpa.nj.gov | |

*Attorneys for New Jersey Division of Rate Counsel*

June 14, 2023

# CERTIFICATE OF SERVICE

I hereby certify that I have on this 14th day of June, 2023, caused the foregoing document to be electronically served on all parties or their counsel of record through the Court's CM/ECF system.

/s/ *Jeffrey A. Schwarz*
Jeffrey A. Schwarz

Law Offices of:
    SPIEGEL & MCDIARMID LLP
    1875 Eye Street, NW
    Suite 700
    Washington, DC  20006
    (202) 879-4000