# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-1064** | **September Term, 2023** |
| | FERC-CP21-94-001 |
| | FERC-CP21-94-000 |
| | FERC-CP21-94-002 |
| | **Filed On: July 30, 2024** [2067302] |

New Jersey Conservation Foundation, et al.,

       Petitioners

   v.

Federal Energy Regulatory Commission,

       Respondent

------------------------------

New Jersey Division of Rate Counsel, et al.,
       Intervenors

------------------------------

Consolidated with 23-1074, 23-1077, 23-1129, 23-1130, 23-1137

## O R D E R

     It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

              BY:   /s/
                       Daniel J. Reidy
                       Deputy Clerk