# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1064**                          **September Term, 2024**

FERC-CP21-94-000
FERC-CP21-94-001
FERC-CP21-94-002

**Filed On:** September 17, 2024

New Jersey Conservation Foundation, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

New Jersey Division of Rate Counsel, et al.,
    Intervenors

------------------------------

Consolidated with 23-1074, 23-1077, 23-1129, 23-1130, 23-1137

## O R D E R

Upon consideration of respondent-intervenor Transcontinental Gas Pipeline Company's petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, petitioners and respondent each file a response to the petition for rehearing en banc. The responses may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
         Michael C. McGrail
         Deputy Clerk