# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-1064** | **September Term, 2024** |
| | FERC-CP21-94-000 |
| | FERC-CP21-94-001 |
| | FERC-CP21-94-002 |
| | **Filed On:** October 17, 2024 |

New Jersey Conservation Foundation, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

New Jersey Division of Rate Counsel, et al.,
    Intervenors

------------------------------

Consolidated with 23-1074, 23-1077, 23-1129, 23-1130, 23-1137

    **BEFORE:**   Srinivasan, Chief Judge; Henderson*, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motions for invitation to file a brief as amici curiae in support of intervenor's petition for panel rehearing and rehearing en banc, and the lodged briefs amici curiae, it is

**ORDERED** that the motions be granted. The Clerk is directed to file the lodged amici briefs.

### Per Curiam

            **FOR THE COURT:**
            Mark J. Langer, Clerk

BY:    /s/
         Daniel J. Reidy
         Deputy Clerk

* Circuit Judge Henderson did not participate in this matter.