# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1064**  **September Term, 2024**

FERC-CP21-94-000,
FERC-CP21-94-001

**Filed On:** January 21, 2025

New Jersey Conservation Foundation, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

New Jersey Division of Rate Counsel, et al.,
    Intervenors

------------------------------

Consolidated with 23-1074, 23-1077, 23-1129, 23-1130, 23-1137

    **BEFORE:** Pillard, Childs, and Garcia, Circuit Judges

## O R D E R

Upon consideration of intervenor for respondent Transcontinental Gas Pipe Line Company, LLC's petition for panel rehearing filed on September 13, 2024, it is

**ORDERED** that the petition be denied.

### Per Curiam

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:   /s/
           Daniel J. Reidy
           Deputy Clerk