# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-1064** | **September Term, 2024** |
| | FERC-CP21-94-000, FERC-CP21-94-001 |
| | **Filed On:** January 21, 2025 |

New Jersey Conservation Foundation, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

New Jersey Division of Rate Counsel, et al.,
    Intervenors
------------------------------

Consolidated with 23-1074, 23-1077, 23-1129, 23-1130, 23-1137

    **BEFORE:** Srinivasan, Chief Judge; Henderson*, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

    Upon consideration of intervenor for respondent Transcontinental Gas Pipe Line Company, LLC's petition for rehearing en banc, the responses thereto, the briefs of amici curiae in support of the petition for panel rehearing and rehearing en banc, and the absence of a request by any member of the court for a vote, it is

    **ORDERED** that the petition be denied.

### Per Curiam

                                 **FOR THE COURT:**
                                 Clifton B. Cislak, Clerk

                BY:     /s/
                           Daniel J. Reidy
                           Deputy Clerk

\* Circuit Judge Henderson did not participate in this matter.