<u>**ORAL ARGUMENT NOT YET SCHEDULED**</u>

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| New Jersey Conservation Foundation, *et al.,* ) | |
| ) | **Case No. 23-1064** |
| *Petitioners,* ) | **Case No. 23-1074** |
| ) | **(consolidated with** |
| v. ) | **Case No. 23-1077)** |
| ) | |
| Federal Energy Regulatory Commission, ) | |
| ) | |
| *Respondent*, *and* ) | |
| ) | |
| Transcontinental Gas Pipe Line Company LLC, ) | |
| ) | |
| *Intervenor for Respondent.* ) | |

**NON-BINDING STATEMENT OF ISSUES TO BE RAISED**

Pursuant to the Court's March 16, 2023 and March 22, 2023 Orders, New Jersey Conservation Foundation, New Jersey League of Conservation Voters Education Fund, Aquashicola Pohopoco Watershed Conservancy, and Catherine Folio ("Petitioners") submit this Non-Binding Statement of Issues to be Raised in this challenge:

1

1. FERC's grant of a certificate to REAE, and all other authorizations predicated thereon, were not based on substantial evidence, violated Section 7 of the Natural Gas Act, and were otherwise contrary to law.

2. FERC's denial of Petitioners' Motion for an Evidentiary Hearing was not based on substantial evidence, and contributed to FERC's failure to create an administratively sufficient record.

3. FERC's grant of a certificate was arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law because it rests on an Final Environmental Impact Statement that is wholly deficient, failing to meet the National Environmental Policy Act ("NEPA") requirements or those of its implementing regulations requiring FERC to to appropriately analyze and contextualize the environmental impacts of the proposed action, as confirmed by the CEQ's Interim Greenhouse Gas Guidance ("GHG Guidance").

DATED: April 17, 2023                    Respectfully submitted,


   <u>*/s/ Megan Gibson*</u>
Megan C. Gibson
Kathryn Schroeder
Niskanen Center
820 First Street, NE
Suite 675
Washington, DC 20002
(202) 810-9260
mgibson@niskanencenter.org

*Attorneys for Petitioners New Jersey Conservation Foundation, NJLCV, APWC and Catherine Folio*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April 2023, I have served the foregoing Non-Binding Statement of Issues to Be Raised on all registered counsel through the court's electronic filing system (CM/ECF).

*/s/ Megan Gibson*
Megan Gibson
Niskanen Center
820 First Street, NE
Suite 675
Washington, DC 20002
(202) 810-9260
mgibson@niskanencenter.org

*Attorney for Petitioners New Jersey Conservation Foundation, NJLCV, APWC and Catherine Folio*