Oral Argument Not Yet Scheduled

# IN THE UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DELAWARE RIVERKEEPER NETWORK and MAYA K. VAN ROSSUM, the Delaware Riverkeeper,<br><br>*Petitioners*,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>*Respondent*. | No. 23-1077 |

**NON-BINDING STATEMENT OF ISSUES**

Pursuant to the Court's March 22, 2023 Order, Petitioners Delaware Riverkeeper Network and Maya K. van Rossum, the Delaware Riverkeeper, submit the following non-binding statement of issues to be raised:

1. The Federal Energy Regulatory Commission's ("Commission's") determination that the Transcontinental Gas Pipe Line Company, LLC's Regional Energy Access Expansion Project ("Project") is or will be required by the public convenience and necessity was based on a lack of substantial evidence, was arbitrary, capricious, and contrary to the law,

1

including the Natural Gas Act, the National Environmental Policy Act, and the Administrative Procedure Act.

2. The Commission erroneously denied a motion for evidentiary hearing despite the presence of contested issues of material fact.

3. The Commission violated the National Environmental Policy Act, the Administrative Procedure Act, and the Natural Gas Act by failing to address the Project's climate change impacts.

4. The Commission violated the National Environmental Policy Act and the Administrative Procedure Act by not including an adequate statement of purpose and need.

5. The Commission violated the National Environmental Policy Act and the Administrative Procedure Act by failing to evaluate and identify reasonable alternatives to the Project, including those that would avoid disproportionately high and adverse impacts on environmental justice communities.

.

*/s/ Kacy C. Manahan*
Kacy C. Manahan
D.C. Cir. Bar No. 62538
Delaware Riverkeeper Network
925 Canal Street, Suite 3701
Bristol, PA 19007
215-369-1188 x115
kacy@delawareriverkeeper.org

*Counsel for Delaware Riverkeeper Network and Maya K. van Rossum, the Delaware Riverkeeper*

IN THE UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| DELAWARE RIVERKEEPER NETWORK and MAYA K. VAN ROSSUM, the Delaware Riverkeeper, | ) ) ) ) ) | |
| *Petitioners*, | ) ) | No. 23-1077 |
| v. | ) ) | |
| FEDERAL ENERGY REGULATORY COMMISSION, | ) ) ) | |
| *Respondent*. | ) ) ) | |

## CERTIFICATE OF SERVICE

I, Kacy C. Manahan, hereby certify that on April 20, 2023, the foregoing Non-Binding Statement of Issues was served on all counsel of record in case number 23-1077 through the electronic filing system (CM/ECF) of the U.S. Court of Appeals for the District of Columbia Circuit.

*/s/ Kacy C. Manahan*
Kacy C. Manahan
D.C. Cir. Bar No. 62538
Delaware Riverkeeper Network
925 Canal Street, Suite 3701
Bristol, PA 19007
215-369-1188 x115
kacy@delawareriverkeeper.org

*Counsel for Delaware Riverkeeper Network and Maya K. van Rossum, the Delaware Riverkeeper*
